# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Fatima Baig, et. al, <br><br> Plaintiffs <br><br> v. <br><br> Rentpath, LLC, <br><br> Defendant | Case No.: 2:18-cv-01721-JAD-VCF <br><br> **Order Granting Motion <br> to Transfer Venue** <br><br> [ECF No. 7] |

For the reasons stated on the record at today's hearing, IT IS HEREBY ORDERED that the Motion to Transfer Venue to the United States District Court for the Northern District of Georgia, Atlanta Division **[ECF No. 7] is GRANTED**. **The Clerk of Court is directed to TRANSFER THIS CASE to the Northern District of Georgia, Atlanta Division under 28 U.S.C. 1404(a)** and CLOSE THIS CASE.

The transferee court is advised that the following motions remain pending at the time of transfer:

1. Motion to Dismiss Plaintiff Misty Justice's Claims, filed 10/2/18;
2. Motion for Leave to Amend the First Amended Complaint as to Misty Justice, filed 10/16/18.

Dated: November 5, 2018

_____
U.S. District Judge Jennifer A. Dorsey